# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tommy Edward Martin,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                      3:09cv369

Charlotte Metro Credit Union,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/22/11 Order.

March 22, 2011                              FRANK G. JOHNS, CLERK

                                     BY:  /s/ Cynthia Huntley
                                                  Cynthia Huntley, Deputy Clerk